IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MYUNG KEE HWANG and LINDA HWANG, | CIVIL ACTION |
| Plaintiffs, | |
| v. | No. 14-1896 |
| CAFÉ DEVELOPMENT GROUP NYC, LLC, | |
| Defendant. | |

**O R D E R**

**AND NOW,** this 17th day of July 2014, upon consideration of Defendant, Café Development Group NYC, LLC's ("Defendant"), "Petition to Open Confessed Judgment" (Doc. No. 2), Plaintiffs, Myung Kee Hwang and Linda Hwang's ("Plaintiffs"), Response, Defendant's Reply, and Plaintiffs' Sur-Reply, it is hereby **ORDERED** that the Petition is **GRANTED**.

BY THE COURT:


/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE